**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Margaret A. Rogers<br>　　　　　　　<u>Debtor</u><br><br>Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-HE4<br>　　　　　　　<u>Movant</u><br>　　vs.<br><br>Margaret A. Rogers<br>　　　　　　　<u>Debtor</u><br><br>William C. Miller Esq.<br>　　　　　　　<u>Trustee</u> | CHAPTER 13<br>BK NO: 16-16126 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby; **ORDERED** that the deadline to file the Stipulation in connection with the above contested matter is be extended to

**March 27, 2018**.

Dated:　3/8/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**