United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Margaret A Rogers
    Debtor

Case No. 16-16126-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Mar 06, 2019
                        Form ID: pdf900     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
```
db           +Margaret A Rogers,    5441 N. American Street,    Philadelphia, PA 19120-2828
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
cr           +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13784365      Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
13818290     +Chrysler Capital,    PO Box 660335,    Dallas TX 75266-0335
13796547     +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13784367     +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
               Philadelphia, PA 19107-3117
13784370     +Comcast Cable,    P.O. Box 3001,    Southeastern, PA 19398-3001
13784371     +Deutsche Bank National Trust Company,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13819906      Deutsche Bank, National Trust Company, as Trustee,    C/O America's Servicing Company,
               Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
13784373     +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
               Philadelphia, PA 19122-2806
13784374     +Powers, Kirn & Associates, LLC,    Eight Neshaminy Interplex,    Suite 215,
               Trevose, PA 19053-6980
13784375     +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
13872238     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
13784378     +Wells Fargo Home Mtg (dba) Americas Serv,    1000 Blue Gentian Rd. #300,    Mac #X7801-02k,
               Eagan, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:27     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:52:58
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2019 02:53:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13784368      E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:27     City of Philadelphia Law Dept.,
               Municipal Services Building Concourse,    1401 John F. Kennedy Blvd.,    Philadelphia, PA 19102
13784369      E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:27     City of Philadelphia, Law Dept.,
               Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102
13862600     +E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:27
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13784372     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2019 02:53:09     Midland Funding,
               2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13797385     +E-mail/Text: bankruptcygroup@peco-energy.com Mar 07 2019 02:52:48     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13784376     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 07 2019 02:52:40
               Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13784377      E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:27     Water Revenue Bureau,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13784366*      Acceptance Now,    Acceptance Now Customer Service,    501 Headquarters Dr,    Plano, TX 75024
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                Signature:   /s/Joseph Speetjens  

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                   Date Rcvd: Mar 06, 2019
                              Form ID: pdf900             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of Debtor Margaret A Rogers dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee etal
           paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
           etal bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series
           2006-HE4 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
           etal paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET A ROGERS                                   Chapter 13

                        Debtor          Bankruptcy No. 16-16126-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ___6th___ day of ___March___, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
MARGARET A ROGERS

5441 N. AMERICAN STREET

PHILADELPHIA, PA 19120